UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OPERA SOLUTIONS, LLC,                     :
                                          :
                    Plaintiff,            :   16-CV-
                                          :
          -against-                       :
                                          :
STEVE GOLD,                               :
                                          :
                    Defendant.            :
-------------------------------------------------------------x

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: Hartford, Connecticut
       March 25, 2016

                                          Respectfully submitted,
                                          MCCARTER & ENGLISH, LLP

                                          By: _____
                                          Eric W. Wiechmann (EW4857)
                                          ewiechmann@mccarter.com
                                          Tiffany R. Hubbard (TH1975)
                                          thubbard@mccarter.com
                                          McCarter & English, LLP
                                          185 Asylum St., CityPlace I
                                          Hartford, CT 06103
                                          Tel: 860-275-6700

                                          *Attorneys for the Plaintiff,*
                                          *Opera Solutions, LLC*