UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
OPERA SOLUTIONS, LLC,                  :
                                       :
                Plaintiff,      :  CASE No.: 7:16-CV-02239 (CS)
                                       :
    -against-                         :
                                       :
STEVE GOLD,                            :
                                       :
                                       :
                Defendant.      :
--------------------------------------------------------x

## **NOTICE OF APPEARANCE**

      Please enter my appearance as counsel for Plaintiff Opera Solutions, LLC in the above-captioned action.

Dated: Hartford, Connecticut
       March 28, 2016

                                      Respectfully submitted,
                                      MCCARTER & ENGLISH, LLP

                                      By: */s/ Tiffany R. Hubbard*
                                          Tiffany R. Hubbard (TH1975)
                                          thubbard@mccarter.com
                                          McCarter & English, LLP
                                          185 Asylum St., CityPlace I
                                          Hartford, CT 06103
                                          Tel: 860-275-6700

                                          *Attorneys for the Plaintiff,*
                                          *Opera Solutions, LLC*

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically this 28th day of March, 2016. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: */s/ Tiffany R. Hubbard*
                                                     Tiffany R. Hubbard (TH1975)