UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
OPERA SOLUTIONS, LLC, :
:
       Plaintiff, :  CASE No.: 7:16-CV-02239 (JPO)
:
 -against- :
:
STEVE GOLD, :
:
:
       Defendant. :
---------------------------------------------------------x
STEVE GOLD, :
:
     Third-Party Plaintiff, :
:
 -against- :
:
ARNAB GUPTA, :
:
:
    Third-Party Defendant . :
---------------------------------------------------------x

**PLAINTIFF AND THIRD-PARTY DEFENDANT OPERA SOLUTIONS, LLC'S AND THIRD-PARTY DEFENDANT ARNAB GUPTA'S MOTION TO STAY DEFENDANT AND COUNTERCLAIM-PLAINTIFF'S ACTION PENDING ARBITRATION**

  Plaintiff and Counterclaim-Defendant, Opera Solutions LLC and Third-Party Defendant Arnab Gupta (collectively, "Opera") respectfully requests that this Court grant a temporary stay of Defendant and Counterclaim-Plaintiff, Steve Gold's, counterclaim pending the outcome of the concurrent arbitration. The arbitration is inexplicably tied together with the facts at issue in Gold's counterclaim – a portion is which is subject to a written arbitration clause. Additionally, granting a stay will provide this Court with insight into the issues of law and fact; prevent any decisions by this Court on the merits of the claims from thwarting the federal policy in favor of arbitration of disputes

ME1 23025364v.1

by rendering the arbitrator's interpretation meaningless; prevent piecemeal litigation; and will not cause any undue harm or prejudice to Gold.

For the reasons set forth above and those contained in Opera's accompanying memorandum of law, Opera respectfully requests that this Court grant a temporary stay of Gold's counterclaim pending the outcome of the arbitration.

Dated: Hartford, Connecticut
      July 28, 2016

                    Respectfully submitted,
                    MCCARTER & ENGLISH, LLP

                    By: */s/ Eric W. Wiechmann*
                      Eric W. Wiechmann (EW4857)
                      ewiechmann@mccarter.com
                      Tiffany R. Hubbard (TH1975)
                      thubbard@mccarter.com
                      McCarter & English, LLP
                      185 Asylum St., CityPlace I
                      Hartford, CT 06103
                      Tel: 860-275-6700

                      *Attorneys for Plaintiff,*
                      *Opera Solutions, LLC and Third-Party*
                      *Defendant, Arnab Gupta*

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was filed electronically this 28th day of July, 2016.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Eric W. Wiechmann*
Eric W. Wiechmann (EW4857)