**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
OPERA SOLUTIONS, LLC,                :
                                     :
                    Plaintiff,       :      CASE No.: 7:16-CV-02239 (JPO)
                                     :
         -against-                   :
                                     :
STEVE GOLD,                          :      **NOTICE OF PLAINTIFF/**
                                     :      **COUNTERCLAIM DEFENDANT AND**
                                     :      **THIRD-PARTY DEFENDANT'S**
                    Defendant.       :      **MOTION TO DISMISS COUNTS II**
---------------------------------------------------------x   **AND III**
STEVE GOLD,                          :
                                     :
                    Third-Party Plaintiff,  :
                                     :
         -against-                   :
                                     :
ARNAB GUPTA,                         :
                                     :
                                     :
                    Third-Party Defendant. :
---------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff/Counterclaim Defendant Opera Solutions, LLC and Third-Party Defendant Arnab Gupta (collectively, "Defendants") move to dismiss Counts II and III of Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Steve Gold's ("Plaintiff") Counterclaim on the grounds that Plaintiff's claims are barred by the arbitration clause in his Employment Agreement and the doctrine of res judicata.

1

ME1 23581896v.1

Dated: Hartford, Connecticut
      October 24, 2016

Respectfully Submitted,

MCCARTER & ENGLISH, LLP

By: */s/ Eric W. Wiechmann*
    Eric W. Wiechmann (EW4857)
    ewiechmann@mccarter.com
    Tiffany R. Hubbard (TH1975)
    thubbard@mccarter.com
    McCarter & English, LLP
    185 Asylum St., CityPlace I
    Hartford, CT 06103
    Tel: 860-275-6700

*Attorneys for Plaintiff,*
*Opera Solutions, LLC and Third-Party*
*Defendant, Arnab Gupta*

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was filed electronically this 24th day of October, 2016. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Eric W. Wiechmann*
Eric W. Wiechmann (EW4857)
